# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Veronica G. Blair <br> *Plaintiff* <br> v. <br> Truluck Enterprises Inc <br> *Defendant* | ) ) ) ) ) ) ) ) ) |

Civil Action No. 6:09-1936-HFF

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: adopts the Report and Recommendation granting defendant's motion to dismiss.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd on a motion for dismissal

Date: November 30, 2009

*CLERK OF COURT*

s/Angela Lewis

*Signature of Clerk or Deputy Clerk*